FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 15 2007

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA WASHINGTON

JAMES A. McDEVITT
United States Attorney
Eastern District of Washington
JAMES P. HAGARTY
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

**CR-07-2067-RHW**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
                           )  **INDICTMENT**
          Plaintiff,       )
                           )
     v.                    )  <u>Vio</u>: <u>Ct.1:</u> 18 U.S.C. § 922(g)(1)-
                           )  Felon in Possession of Firearm
BRIAN JOAQUIN PEREZ,       )
                           )
          Defendant.       )
_____)

The Grand Jury charges:

<u>Count 1</u>

On or about March 5, 2007, in Yakima County, in the Eastern District of Washington, the defendant, BRIAN JOAQUIN PEREZ, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Second Degree Unlawful Possession of a Firearm, in Yakima County Superior Court in and for Yakima County, Cause No. 05-1-01006-7, on May 6, 2005, did knowingly received and possess in and affecting interstate or foreign commerce a firearm, to wit: a Ruger, model Single-Six, .22 caliber revolver, serial number 21-49065, said firearm having been shipped

1  and transported in interstate or foreign commerce, in violation of
2  Title 18, United States Code, Section 922(g)(1).
3
4  DATED MAY 15, 2007.
5                                    A TRUE BILL
6
7
8  JAMES A. McDEVITT
   United States Attorney
9
10 DONALD E. KRESSE, JR.
   Assistant United States Attorney
11
12
   JAMES P. HAGARTY
13 Assistant United States Attorney
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28