PENALTY SLIP

**NAME:** BRIAN JOAQUIN PEREZ
**DOB:**

**NUMBER OF COUNTS:** 1

**Vio:** Ct.1: 18 U.S.C. § 922(g)(1)-Felon in Possession of a Firearm

**Penalty:** CAG 10 years, $250,000 fine, or both not more than 3 years supervised release and a $100.00 special assessment.

Case No. **CR-07-2067-RHW**
USA Initials: _____