# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

## MAGISTRATE JUDGE JOHN L. WEINBERG

## CASE NO. CR-07-2067-RHW
## USA v. BRIAN JOAQUIN PEREZ

## ARRAIGNMENT/INITIAL APPEARANCE ON INDICTMENT:   10/22/07

| | | | |
|---|---|---|---|
| [X] | Magistrate Judge John L. Weinberg | [X] | Thomas Hanlon, USAtty |
| [X] | Karen White, Courtroom Deputy | [X] | Kelly Canary, Defense Counsel |
| [X] | Kyle L. Perkins, Staff Attorney | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | |
|---|---|---|---|
| [X] | Defendant Present | [X] | Rights Given |
| [X] | Detained Without Bond | [X] | Copy of Indictment Received |
| [] | Standard Conditions of Release Set | [X] | Waived Reading of Indictment |
| [] | Bond Set | [X] | Financial Affidavit (CJA 23) |
| [] | P.R. | [X] | Acknowledgment of Rights |
| [X] | "Not Guilty" Plea Accepted | [X] | Discovery Order Forthcoming |

# Remarks

Defendant appeared and was assisted by the Federal Defenders and advised of his rights and the allegations contained in the Indictment.   Defendant stated he did not require an interpreter.

***Based on the representations in the Financial Affidavit, the Court will appoint the Federal Defenders.*** "Not guilty" plea entered.

**Government's Motion for Detention** was previously filed with the Court.

Defendant waived his right to a detention hearing but reserved the right to return before the Court should circumstances change.

Pre-trial services report ordered.

Defendant shall be detained by the U.S. Marshal pending further order of the Court.

**DETENTION HEARING:**   *Waived by Defendant*

ARRAIGNMENT/INITIAL APPEARANCE ON INDICTMENT:   10/22/07